IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRANJAL SHUKLA, | CIVIL ACTION NO.: |
| Plaintiff, | 1-12-CV-01903-MHS |
| v. | |
| DATA POINT SYSTEMS, INC., PANDA COMPUTER SERVICES, INC., ANANTH DAKSHINA, and PRASAD SESHADRI, | |
| Defendants. | |

## ORDER

The parties have advised the Court that the above case has settled. The Court therefore **REMOVES** the case from its calendar and **DIRECTS** the Clerk to close the case administratively with the right of any party to reopen the proceeding on or before June 11, 2013.

IT IS SO ORDERED.

Date: 4/11/13

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia